**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of New Jersey
                              (State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**                    Binder Machinery Co. LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**      20 - 8754375 __ __ ___

4. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different from principal place of business** |
   |---|---|
   | 2820 Hamilton Blvd. | |
   | Number    Street | Number    Street |
   | | |
   | | P.O. Box |
   | South Plainfield, NJ 07080 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Middlesex | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**          www.bindermachinery.com

6. **Type of debtor**
   ☒ Corporation (Including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Debtor   <u>Binder Machinery Co. LLC</u>                     Case number (if known)_____
         Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

<u>5   3   2   4</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY

　　　 District _____  When _____  Case number _____
                                   MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor   <u>See Rider 1</u>              Relationship  <u>Affiliate</u>

　　　 District  <u>New Jersey</u>              When  <u>09/20/2016</u>
                                                    MM / DD / YYYY

　　　 Case number, if known _____

---

| Debtor | Binder Machinery Co. LLC | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|--------|--------|

_____

| City | State | ZIP Code |
|------|-------|----------|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000
☒ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☒ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

Debtor    Binder Machinery Co. LLC    Case number (if known) _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/20/2016
               MM  / DD /YYYY

✗ _Robert C. Binder_ (signature)    _ROBERT C. BINDER_
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

✗ _____    Date    09/20/2016
Signature of attorney for debtor                MM  / DD / YYYY

Anne M. Aaronson
Printed name

Dilworth Paxson LLP
Firm name

1500 Market Street, Suite 3500E
Number        Street

Philadelphia                                    PA            19102
City                                            State         ZIP Code

215-575-7000                                    aaaronson@dilworthlaw.com
Contact phone                                   Email address

AA1679                                          NJ
Bar number                                      State

**<u>Rider 1</u>**

**<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code.  The Debtors intend to seek joint administration of these cases under the case number assigned to the chapter 11 case of Binder Machinery Co., LLC.

- Binder Machinery Co. LLC
- Binder Managerial Services LLC
- Rocbin Investment Corporation
- Binder Realty of South Plainfield LLC
- Binder Realty of Winslow LLC
- 76 Mendham Road LLC

## CONSENT IN LIEU OF A SPECIAL MEETING
## OF THE MANAGER AND CHIEF EXECUTIVE OFFICER OF
## BINDER MACHINERY CO., LLC

The undersigned, being the Manager and Chief Executive Officer of Binder Machinery Co., LLC, a New Jersey limited liability company (the "Company"), does hereby agree, consent to and adopt the following resolutions:

VOLUNTARY PETITION UNDER THE PROVISIONS OF CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

WHEREAS, the Manager and Chief Executive Officer has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses;

WHEREAS, the Manager and Chief Executive Officer has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

RESOLVED, that in the judgment of the Manager and Chief Executive Officer of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.,* the "Bankruptcy Code"); and

RESOLVED, that any of the Managers, Chief Executive Officer, or such other officers as may be designated by the Chief Executive Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral, and provide adequate protection therefore, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Dilworth Paxson LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Dilworth Paxson LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under

119065028_1

the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

POTENTIAL CHAPTER 11 FILING OF THE MEMBER

WHEREAS, Binder Machinery Co., LLC, (the "Member") has filed or may file a voluntary chapter 11 petition;

RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified. The actions taken by this consent shall have the same force and effect as if taken at a special meeting of the sole Manager duly called and constituted pursuant to the Operating Agreement of the Company and the laws of the State of New Jersey.

IN WITNESS WHEREOF, the Manager and Chief Executive Officer has executed this Consent as of the date and year written below

September 20, 2016

By: _____
Robert C. Binder
Manager, Chief Executive Officer
Binder Machinery Co., LLC

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Lawrence G. McMichael (*pro hac vice* admission pending)
Anne M. Aaronson (AA1679)
Catherine G. Pappas (CP0458)

*Proposed Counsel to the Debtors and Debtors in*
*Possession*

| | |
|---|---|
| In re:<br><br>BINDER MACHINERY CO., LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>ROCBIN INVESTMENT CORP.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER MANAGERIAL SERVICES, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER REALTY OF SOUTH PLAINFIELD, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER REALTY OF WINSLOW, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re: | Chapter 11 |

| | |
|---|---|
| 76 MENDHAM ROAD, LLC,<br><br>               Debtor. | Case No. 16-_____(___)<br><br>Joint Administration Requested<br><br>Judge: _____ |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors (the "Debtors") filed petitions in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately September 15, 2016.

The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List of 30 largest unsecured claims. In addition, this Consolidated List includes only those claims that are subject to invoices received by the Debtors prior to September 15, 2016. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.[1]

---

[1] The Debtor will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521, Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff, nor is it an admission that the amounts listed are owed by more than one of the Debtors.

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5) Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| Morris MBC Funding LLC Joseph Morris 35D Veterans Blvd Rutherford, NJ 07070 | | Unperfected loan | | $1,412,819.20 |
| Anchin, Block & Anchin, LLP 1375 Broadway New York, NY 10018 | | Services | | $209,314.00 |
| Wirtgen America, Inc. P.O. Box 714 Antioch, TN 37011 | | Trade | | $154,637.09 |
| Young Corporation P.O. Box 3522 Seattle, WA 98124 | | Trade | | $110,332.75 |
| Operating – Weekly 65 Springfield Avenue Springfield, NJ 07081-1308 | | Employee | | $93,518.92 |
| Cleary Machinery Co., Inc. 24 Cedar St., So. Bound Brook, NJ 08880 | | Trade | | $64,105.00 |
| American Express P.O. Box 1270 Newark, NJ 07101 | | Trade | | $63,092.91 |
| ACS Industries, Inc. P.O. Box 810 Kent, OH 44240 | | Trade | | $58,270.74 |
| Sennebogen, LLC 1957 Sennebogen Trail Stanley, NC 28164 | | Trade | | $53,673.94 |
| Keen Transport Inc. P.O. Box 298 New Kensington, PA 17072 | | Trade | | $45,635.12 |
| Esco – Buckets 14784 Collections Center Drive Chicago, IL 60693 | | Trade | | $32,323.50 |
| Horizon of NJ P.O. Box 1738 Newark, NJ 07101 | | Insurance | | $31,855.27 |
| JRB Attachments 7194 Solution Center Chicago, IL 60677 | | Trade | | $30,074.69 |

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5) Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| K.W. Rastall Oil Co.<br>2600 Route 130 North<br>North Brunswick, NJ 08902 | | Trade | | $27,705.07 |
| Pengo Corp.<br>P.O. Box 712172<br>Cincinnati, OH 45271 | | Trade | | $26,616.40 |
| TREK, Inc.<br>P.O. Box 67000<br>Detroit, MI 48267 | | Trade | | $25,482.67 |
| Hensley Industries Inc. (Parts)<br>P.O. Box 970249<br>Dallas, TX 75397 | | Trade | | $23,238.98 |
| Coyote Logistics, LLC<br>P.O. Box 742636<br>Atlanta, GA 30374 | | Trade | | $22,505.00 |
| Roland Machinery Co.<br>NW 7899<br>P.O. Box 1450<br>Minneapolis, MN 55485 | | Trade | | $19,006.85 |
| Esco – Parts<br>14784 Collections Center Drive<br>Chicago, IL 60693 | | Trade | | $18,871.03 |
| Zurich<br>4440 Paysphere Circle<br>Chicago, IL 60674 | | Insurance | | $17,970.49 |
| Komatsu Parts<br>P.O. Box 98371<br>Chicago, IL 60693 | | Franchisor/loan | | $17,940.72 |
| Sherwin Williams<br>Automotive Finishes<br>4486 Stelton Rd.<br>So Plainfield, NJ 07080 | | Trade | | $17,825.91 |
| Doosan Attachments<br>24524 Network Place<br>Chicago, IL 60673 | | Trade | | $17,793.28 |
| TRM Manufacturing, Inc.<br>5010 Hudson Drive<br>Stow, OH 44224 | | Trade | | $15,603.34 |

| (1)<br><br>Name of the creditor and complete mailing address, including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5)<br><br>Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| Unifirst Corporation<br>940 River Road<br>Croydon, PA 19021 | | Trade | | $15,112.41 |
| Kinshofer USA<br>6420 Inducon Dr. W<br>Suite G<br>Sanborn, NY 14132 | | Trade | Disputed | $14,762.60 |
| CP Attachments<br>7194 Solution Center<br>Chicago, IL 60677 | | Trade | | $13,478.87 |
| JRB Parts<br>7194 Solution Center<br>Chicago, IL 60677 | | Trade | | $12,438.29 |
| Bradco McMillen<br>7194 Solution Center<br>Chicago, IL 60677 | | Trade | | $11,662.88 |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Robert C. Binder, the duly qualified and elected officer of the Debtors declare under penalty of perjury that I have reviewed the Consolidated List and that it is true and correct to the best of my information and belief.

Dated: September 20, 2016

Robert C. Binder

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Lawrence G. McMichael (*pro hac vice* admission pending)
Anne M. Aaronson (AA1679)
Catherine G. Pappas (CP0458)

*Proposed Counsel to the Debtors and Debtors in*
*Possession*

| | |
|---|---|
| In re:<br><br>BINDER MACHINERY CO., LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>ROCBIN INVESTMENT CORP.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER MANAGERIAL SERVICES, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER REALTY OF SOUTH PLAINFIELD, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER REALTY OF WINSLOW, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re: | Chapter 11 |

| 76 MENDHAM ROAD, LLC, | Case No. 16-_____(___) |
| --- | --- |
| Debtor. | Joint Administration Requested |
| | Judge: _____ |

## CONSOLIDATED LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares or Units Held/ Percentage of Equity Held |
| --- | --- | --- | --- |
| Binder Machinery Co., LLC | Robert Binder<br>Brendan Binder<br>Carlin Binder<br>Ashlee Binder McMackin<br>Alan Binder<br>TFBO Brendan Binder<br>TFBO Carlin Binder<br>TFBO Ashlee Binder McMackin<br>TFBO Alan Binder | 2820 Hamilton Blvd. South Plainfield, NJ 07080 | 85.8%<br>2.7%<br>2.7%<br>2.7%<br>0.9%<br>1.6%<br>1.6%<br>1.6%<br>0.4% |
| Rocbin Investment Corporation | Robert Binder | 2820 Hamilton Blvd. South Plainfield, NJ 07080 | 100% |
| Binder Managerial Services LLC | Robert Binder<br>Suzan Binder | 2820 Hamilton Blvd. South Plainfield, NJ 07080 | 99%<br>1% |
| Binder Realty of South Plainfield LLC | Binder Managerial Services LLC | 2820 Hamilton Blvd. South Plainfield, NJ 07080 | 100% |
| Binder Realty of Winslow LLC | Ashlee Binder McMackin<br>Carlin Binder<br>Brendan Binder<br>Alan Binder | 2820 Hamilton Blvd. South Plainfield, NJ 07080 | 30%<br>30%<br>30%<br>10% |

---

[1]   This list serves as the disclosure required to be made by the Debtors pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are based on information and belief as of September 16, 2016.

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares or Units Held/ Percentage of Equity Held |
|---|---|---|---|
| 76 Mendham Road LLC | Rocbin Investment Corporation | 2820 Hamilton Blvd. South Plainfield, NJ 07080 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Robert C. Binder, the duly qualified and elected officer of the Debtors declare under penalty of perjury that I have reviewed the Consolidated List and that it is true and correct to the best of my information and belief.

Dated: September 20, 2016

Robert C. Binder

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Lawrence G. McMichael (*pro hac vice* admission pending)
Anne M. Aaronson (AA1679)
Catherine G. Pappas (CP0458)

*Proposed Counsel to the Debtors and Debtors in
Possession*

| | |
|---|---|
| In re:<br><br>BINDER MACHINERY CO., LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>ROCBIN INVESTMENT CORP.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER MANAGERIAL SERVICES, LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER REALTY OF SOUTH PLAINFIELD, LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 16-_____(___)<br><br>Joint Administration Requested |
| In re:<br><br>BINDER REALTY OF WINSLOW, LLC, | Chapter 11<br><br>Case No. 16-_____(___) |

|  | Joint Administration Requested |
|---|---|
| In re: | Chapter 11 |
| 76 MENDHAM ROAD, LLC, | Case No. 16-_____(___) |
| Debtor. | Joint Administration Requested |
|  | Judge: _____ |

## **VERIFICATION OF CREDITOR MATRIX**

I, Robert C. Binder, the duly qualified and elected officer of the Debtors hereby verify,

that the attached list of creditors is true and correct to the best of my information and belief.


Dated:  September 20, 2016            /s/ Robert C. Binder
                                                                    Robert C. Binder

A Frieri Machine and Tool
1112 Belmont Ave
So Plainfield, NJ 07080-0213

Accounts Receivable
Refund
South Plainfield, NJ 07080

ACS Industries, Inc.
PO Box 810
Kent, OH 44240

Aetna
PO Box 7247-0213
Philadelphia, PA 19170

Agera Energy
PO Box 20277
Waco, TX 76702

Air Control Mechanical
Contracting, Inc.
24 World's Fair Drive
Suite A
Somerset, NJ 08873

Airline Hydraulics Corp.
PO Box 782275
Philadelphia, PA 19178-2275

Airstar America, Inc.
10255 General Dr
Suite 6A
Orlando, FL 32824

American Heritage Life Insurance Co.
PO Box 650514
Dallas, TX 75265-0514

American Express
PO Box 1270
Newark, NJ 07101-1270

Analysts - Osi Div
PO Box 847921
Dallas, TX 75284-7921

Anchin, Block and Anchin, LLP
1375 Broadway
New York, NY 10018

Arrow Industrial Carriers, Inc
1490 Glen Ave.
Moorestown, NJ 08057

Atlantic City Electric
PO Box 13610
Philadelphia, Pa 19101

A-Ward
7306 Highway 21
Ste 101-300
Port Wentworth, GA 31407

AZ Data Supply,  Inc.
2119 E. Finley St.
Gilbert, AZ 85296

Boynton & Boynton, Inc
PO Box 887
Red Bank, NJ 07701

Bradco McMillen
7194 Solution Center
Chicago, IL 60677

Broadview Networks
PO Box 9242
Uniondale, NY 11555-9257

CP Attachments
7194 Solution Center
Chicago, IL 60677

Carlson Paving Products, Inc.
PO Box 933829
Atlanta, GA 31193-3829

Cast Technology, Inc.
161 West Street
South Plainfield, NJ 07080

CBM Solutions LLC
28 Bloomfield Ave
Suite 301
Pine Brook, NJ 07058

Chase Auto Finance
PO Box 78068
Phoenix, AZ 85062-8068

Chromate
PO Box 671482
Dallas, TX 75267-1482

Clean-Mats
PO Box 333
Roseland, NJ 07068

Cleary Machinery Co., Inc.
24 Cedar St.
So. Bound Brook, NJ 08880

Columbus Equipment Co.
PO Box 951400
Cleveland, OH 44193

Construction Equipment Guide
470 Maryland Drive
Fort Washington, Pa 19034

Coyote Logistics, LLC
PO Box 742636
Atlanta, Ga 30374-2636

Cummins Metropower Inc
PO Box 786567
Philadelphia, PA 19178-6567

Cycle Chem, Inc.
PO Box 674995
Detroit, MI 48267-4995

Dave Building Service System
926 Haddonfield Rd.
Suite E Pmb 335
Cherry Hill, NJ 08002

DCL International Inc.
PO Box 7889
Stn A
Toronto, On M5w 2r2

Depco
P.O. Box 1058
Noblesville, IN 46061

Doosan Attachments
24524 Network Place
Chicago, Il 60673-1245

Doosan Parts
24524 Network Place
Chicago, Il 60673-1245

Dura-Wear
30 Royal Rd.
Suite 4
Flemington, NJ 08822

Eastern Lift Truck Co Inc.
PO Box 307
Maple Shade, NJ 08052-0307

Edwards Tire Co. Inc
PO Box 704
Farmingdale, NJ 07727

Ehrbar, Edward, Inc
32970 Collection Center Dr
Chicago, IL 60693-0329

Engine Distributors Inc.
PO Box 57200
Philadelphia, PA 19111

Environmental Protection Agency
Region 2
290 Broadway, 17th Floor 2
New York, NY 10007

Esco - Parts
14784 Collections Center Drive
Chicago, IL 60693

Esco - Buckets
14784 Collections Center Drive
Chicago, IL 60693

Federal Exp-Sp
PO Box 371461
Pittsburgh, PA 15250-7461

Fedex Freight East
PO Box 223125
Pittsburgh, PA 15250-2125

Fingers Radiator Hospital Inc.
2006 Route 1 North
New Brunswick, NJ 08902

Foampak Inc.
427 High Hill Road
Woolwich Twp, NJ 08085

Fruehling, Brian
PO Box 476
Madison, NJ 07940

Gem Janitorial Supply Co Inc
60 Brown Avenue
Springfield, NJ 07081

Grainger
Dept 806876710
Palatine, IL 60038-0001

Green Brook Gmc
101 Route 22E
PO Box 300
Green Brook, NJ 08812

Hanco Generator, Inc.
122 Amboy Avenue
Woodbridge, NJ 07095

Hensley - Parts
P.O. Box 970249
Dallas, TX 75397-0249

HKX, Inc.
Attn: Accounts Receivable
1016 N Belcher Rd.
Clearwater, FL 33765

Horizon of NJ
PO Box 1738
Newark, NJ 07101

Industrial Tractor Parts Co.,
28-15 14th St
Call Box 2506
Long Island City, NY 11102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J & L Auto Lender
149 Durham Avenue
South Plainfield, NJ 07080

J.J. Keller & Associates, Inc.
PO Box 6609
Carol Stream, IL 60197-6609

J W Goodliffe & Sons
PO Box 4370
1900 E. Elizabeth Ave.
Linden, NJ 07036

JLG Parts
14943 Collections Center Dr.
Chicago, Il 60693

Joy Auto Parts Inc.
267 Route 22
PO Box 878
Green Brook, NJ 08812

JRB - Parts
7194 Solution Center
Chicago, IL 60677

JRB - Attachments
7194 Solution Center

Chicago, IL 60677

Keen Transport Inc.
PO Box 298
New Kingstown, PA 17072

Kenco Corporation
170 State Route 271
New Kingstown, PA 17072

Kinshofer Usa
6420 Inducon Dr. W.
Suite G
Sanborn, NY 14132

Komatsu Parts
PO Box 98371
Chicago, IL 60693-8371

K W Rastall Oil Co.
2600 Route 130 N.
PO Box 7171
North Brunswick, NJ 08902

Lawson Products Inc
PO Box 809401
Chicago, Il 60680-9401

Linder Industrial Machinery Co
PO Box 743637
Atlanta, GA 30374-3637

Machinery Trader
PO Box 85670
Lincoln, NE 68501-5670

Metlife – Group Benefits
PO Box 804466
Lincoln, NE 68501-5670

Metro Waste Service LLC
PO Box 8085
Bridgewater, NJ 08807

Midland Information Resources
5440 Corporate Park Drive

Davenport, IA 52807

Midlantic Machinery
32970 Collections Center Dr.
Chicago, IL 60693-0329

Multiquip - Parts
PO Box 600901
Rantoul, IL 61866-6901

Napa Auto Parts
Po Box 414988
Boston, MA 02241-4988

Napa Auto Parts Berlin
236 South White Horse Pike
Berlin, NJ 08009

New Jersey American Water
PO Box 371331
Pittsburgh, PA 15250-7331

New Jersey Land Improvement
Contractors of America
5 Deer Path
Milford, NJ 08848

NJ Dept of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08625

NJ Department of Environmental Protection
Office of Record Access
Attention: Bankruptcy Coordinator
Mail Code 401-06Q, PO Box 402
Trenton, NJ 08625-0402

Northeast Battery
PO Box 842238
Boston, MA 02284-2238

NJ Sales Tax
NJ Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

Operating Engineers
65 Springfield Ave
Springfield, NJ 07081-1308


Operating Engineers Withholding
65 Springfield Ave
Springfield, NJ 07081-1308


Operating Weekly
65 Springfield Ave
Springfield, NJ 07081-1308


Over Night Express Inc.
PO Box 68
Berlin, NJ 08009


Pengo Corp.
PO Box 712172
Cincinnati, OH 45271-2172


Pemberton, Inc.
PO Box 521000
Longwood, FL 32752-1000


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Powerhouse Industries, Inc.
PO Box 8
Eastport, NY 11941


Public Service Elec & Gas Co
P.O. Box 14444
New Brunswick, NJ 08906-4444


PNC Bank
PO Box 747066
Pittsburgh, PA 15250-7331


Randall-Reilly Publishing Co
EDA Division
PO Box 2029
Tuscaloosa, AL 35403


Reading Equipment and Dist., Inc.

Po Box 824251
Philadelphia, Pa 19182-4251

Road Machinery and Supply Co.
Sds 12-0749
PO Box 86
Minneapolis, MN 55486-1728

Roland Machinery Co.
NW 7899
PO Box 1450
Minneapolis, MN 55485-7899

Samson Metal Service, Inc.
PO Box 421
Dayton, NJ 08810

Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022

Sennebogen Parts
1957 Sennebogen Trail
Stanley, NC 28164

Shamrock Companies, Inc.
PO Box 6119
Hermitage, PA 16148-0919

Sherwin Williams
Automotive Finishes
4486 Stelton Rd
So Plainfield, NJ 07080

Showcase Car Wash
521 Stelton Road
Piscataway, NJ 08854

Smith Motor Co. Inc.
PO Box 310
Washington, NJ 07882

Standard Insurance
PO Box 5676

Portland, OR 97228-5676

Summit Supply, LLC
2 Vliet Farm Road
Asbury, NJ 08802

Sullivan's Auto
2210 Hamilton Blvd
South Plainfield, NJ 07080

Takeuchi - Parts
519 Bonnie Valentine Way
Pendergrass, GA 30567

Taylor Oil Co
PO Box 974
Somerville, NJ 08876

Total Landscape Management Inc
87 Eayrestown Road
Medford, NJ 08055

TSC Solutions, Inc.
214 Elliger Ave
Fort Washington, PA 19034

TRM Manufacturing, Inc.
5010 Hudson Drive
Stow, OH 44224

Trek Inc.
PO Box 67000
DPT No. 246301
Detroit, MI 48267-2463

Unifirst Corporation
940 River Road
Croydon, PA 19021

Universal Construction Product
PO Box 9102
Wichita, KS 67277

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Vail Hardware
3606 Kennedy Road
So. Plainfield, NJ 07080

Van Hydraulics Inc.
PO Box 320
Keasbey, NJ 08832

Verizon
PO Box 4833
Trenton, NJ 08650-4833

Verizon Wireless
PO Box 408
Newark, NJ 07101-0408

Vintage Parts
PO Box 376
Beaver Dam, WI 53916-0376

Waste Management of Nj
PO Box 830003
Baltimore, MD 21283-0003

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

Werk-Brau Co, Inc
2800 Fostoria Road
PO Box 545
Findlay, Oh 45839-0545

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

Winkle Industries
2080 West Main Street
Alliance, Oh 44601

Wirtgen America, Inc.
PO Box 714
Antioch, TN 37011-0714

Woods Equipment Company
1329 Paysphere Circle
Chicago, IL 60674

WTC Machinery Corporation
W1222 Linden Road
Ixonia, WI 53036

Young Corporation
PO Box 3522
Seattle, WA 98124

Zurich
4440 Paysphere Circle
Chicago, IL 60674