| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **DILWORTH PAXSON LLP**<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>Telephone: (215) 575-7000<br>Lawrence G. McMichael (*pro hac vice* admission pending)<br>Anne M. Aaronson (AA1679)<br>Catherine G. Pappas (CP0458)<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

| | |
|---|---|
| In re:<br><br>BINDER MACHINERY CO., LLC *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 16-28015 (KCF)<br><br>Jointly Administered<br>Chief Judge Kathryn C. Ferguson |

## CORPORATE OWNERSHIP STATEMENT

In a case in which the debtor is a corporation (other than a governmental unit), or where any corporation is a party to an adversary proceeding (other than the debtor or a governmental unit), the following information is required pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1:

Check applicable box:

[x]    There are no corporations that directly or indirectly own 10% or more of any class of equity interest in Debtor Rocbin Investment Corp.

[ ]    The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:
    1.
    2.
    3.

Dated: October 3, 2016

_____
Robert C. Binder
Owner of Rocbin Investment Corp.